FORM L51 Final Decree (v.7.06)                                        09-11429 - A - 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**7/10/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number:  09-11429 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Eddie Rubin
xxx-xx-4488

9704 Habecker Rd
Lamont, CA 93241

Mary Rubin
xxx-xx-2921

9704 Habecker Rd
Lamont, CA 93241

Trustee:    Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303

Telephone Number:    (661) 809-6806

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
7/10/09

For the Court,
Richard G. Heltzel , Clerk